UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

**WEISBERG LAW, P.C.**
MATTHEW B. WEISBERG
7 SOUTH MORTON AVE.
MORTON, PA 19070
610-690-0801

Daniel Donnelly
39 Churchtown Road
Pennsville, NJ 08070                  :        CIVIL ACTION NO.: 10-3240

     Plaintiffs,    :

  v.                             :        **AFFIDAVIT OF MERIT**

Daniel Guerriero
1412 Oxford Valley Road
Levittown, PA 19056

Elenor Guerriero
1412 Oxford Valley Road
Levittown, PA 19056

Steve Ruffo individually
and d/b/a DES Title Agency, Inc.
4905 Hamilton Drive
Voorhees, NJ 08043

DES Title Agency, Inc.
c/o Steve Ruffo
4905 Hamilton Drive
Voorhees, NJ 08043

Default Express Services, Inc.
4905 Hamilton Drive
Voorhees, NJ 08043

Joseph Semptimphelter individually
and d/b/a JTS Asset Group
11 Winterset Lane
Marlton, NJ 08053

Sharon Summers Keller, individually
and d/b/a MidAtlantic Capital
2294 Staffordshire Road

    Furlong, PA 18925

Samantha Associates, Inc.
225 Lincoln Highway
Fairless Hills, PA 19030

Richard W. Hoy Associates, P.C.
1518 Walnut St., Ste. 1600
Philadelphia, PA 19102

David K. Lehman, Esquire
1518 Walnut St., Ste. 1600
Philadelphia, PA 19102

Bank of America, N.A.
401 N. Tryon St.
Charlotte, NC 28255

JOHN DOE 1

          Defendants.

    I, Charles N. Riley, Esq., having been duly sworn, say:

1. I am an attorney at law in the State of New Jersey and was admitted to the bar in 1973.

2. I have substantial expertise in the area of residential mortgage foreclosure rescue schemes and residential real estate transactions.

3. I have reviewed the Second Amended Complaint, and power of attorney concerning the residential real estate transaction involving plaintiff, and defendants Daniel & Eleanor Guerriero for the home at 39 Churchtown Road, Pennsville, NJ 08070.

4. There exists a reasonable probability that the skill and knowledge exercised by the defendants Richard W. Hoy Associates, P.C. and David K. Lehman, Esquire in this residential real estate transaction fell outside acceptable professional standards.

                                                _____
                                                CHARLES N. RILEY, ESQUIRE

Subscribed to and sworn
before me this 25th day

of October 2010.

> JENNIFER A. VETTER
> NOTARY PUBLIC
> STATE OF NEW JERSEY
> MY COMMISSION EXPIRES 10/10/2012

_____, Notary Public