# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

Web-Site:  **www.weisberglawoffices.com**
E-Mail:  mweisberg@weisberglawoffices.com

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

*Monday, April 18, 2011*

**Via Fax & ECF**
Judge Joseph H. Rodriguez
Fax: 856-757-5077

Magistrate Judge Joel Schneider
Fax: 856-757-5355

   RE: Daniel Donnelly v. Daniel Guerriero, et al
      Docket No.: 10-cv-03240

Your Honors:

  Plaintiffs write this Honorable Court to clarify the Court's amended scheduling order (Docket No. 67) vis-à-vis defendants, Hoy's, et al., subsequent Motion to Dismiss (No. 72):

  On February 14, 2011, in anticipation of a mutually agreed settlement conference, this Honorable Court entered its amended scheduling order postponing all scheduling deadlines pending Order of Court.  Subsequently, on March 17, 2011, defendants, Hoy, et al., filed their Motion to Dismiss.

  As there exists confusion as to whether this Honorable Court's amended scheduling order stayed plaintiffs' response deadline to defendants' motion, plaintiffs request this Honorable Court enter the attached proposed order confirming defendants' motion is, in fact, stayed per that amended scheduling order.  Additionally, as indicated in the attached proposed order, plaintiffs request this Honorable Court set that anticipated settlement conference.

      Thank you for this Honorable Court's clarification that plaintiffs' response to defendants' motion is stayed pending settlement conference which is to be set.  In the alternative, plaintiffs request 21 days to respond to defendants' motion.

                                                                       Sincerely,

                                                                       /s/ Matthew B. Weisberg
                                                                       MATTHEW B. WEISBERG

MBW/hcm
Cc:    William T. Marshall Jr., Esq.
        Mark G. Wolkoff, Esq.
        James R. Radmore, Esq.
        Joel M. Wertman, Esq.
        (via ECF only)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

**WEISBERG LAW, P.C.**
MATTHEW B. WEISBERG
7 SOUTH MORTON AVE.
MORTON, PA 19070
610-690-0801

| | | |
|---|---|---|
| Daniel & Samantha Donnelly | : | |
| 39 Churchtown Road | : | |
| Pennsville, NJ 08070 | : | CIVIL ACTION NO.: 10-3240 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Daniel Guerriero, et al. | : | |
| 1412 Oxford Valley Road | : | |
| Levittown, PA 19056 | : JURY OF TWELVE (12) JURORS DEMANDED | |
| Defendants. | : | |

**ORDER**

AND NOW this _____ day of _____, 2011, upon consideration of Plaintiffs' letter requesting clarification of the amended scheduling order (Docket No. 67) in light of Defendants, Hoy, et al.'s Motion to Dismiss (No. 72), and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Request is GRANTED, and Plaintiffs' response deadline to Defendants' motion is STAYED pending settlement conference.

Settlement conference is scheduled for _____ day of _____, 2011, before the undersigned, at _____ a.m./p.m., with all parties' representatives to be present thereat in-person with their counsel.

**AND IT IS SO ORDERED.**

_____
,M.J.