**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
April 26, 2011

Matthew Benjamin Weisberg, Esquire
Prochniak Weisberg, PC
7 South Morton Avenue
Morton, PA 19070

Mark G. Wolkoff, Esquire
100 North 17th Street
Philadelphia, PA 19103

James R. Radmore, Esquire
Two Penn Center, Suite 312
1500 JFK Boulevard
Philadelphia, PA 19102

Joel M. Wertman, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

William T. Marshall, Jr., Equire
Zeichner Ellman & Krause LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Joseph Semptimphelter
11 Winterset Lane
Marlton, NJ 08053

Steve Ruffo
105 Revere Drive
Deptford, NJ 08096

**Re: Donnelly, et al. v. Guerriero, et al.**
    **Civil No. 10-3240 (JHR/JS)**

Dear Counsel and Parties:

This letter responds to plaintiff's April 18, 2011 correspondence. Since the Court was not advised that a settlement conference could be fruitful (<u>see</u> February 14, 2011 Order), the conference will not be scheduled. All requests regarding the briefing schedule on motions returnable before Judge Bumb should be directed to Judge Bumb's chambers.

April 26, 2011
Page 2

    Absent a contrary Order of the Court, all deadlines in the September 20, 2010 Scheduling Order shall remain in effect.

                                  Very truly yours,

                                  *s/Joel Schneider*
                                  JOEL SCHNEIDER
                                  United States Magistrate Judge

JS:jk
cc:  Hon. Renée Marie Bumb