[Doc. No. 86]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DANIEL DONNELLY,

      Plaintiff,

   v.

DANIEL GUERRIERO, et al.,

      Defendants.

Civil No. 10-3240 (RMB/JS)

**O R D E R**

    This matter is before the Court on "Plaintiff's Motion for Leave to File Fourth Amended Complaint as to Attorney Defendants Only" [Doc. No. 86]; and the Court having held an in-person status conference with the parties on May 18, 2011; and all parties present at the conference indicating that they do not object to plaintiff's motion; and the Court finding that good cause exists to grant plaintiff's motion,

    IT IS HEREBY ORDERED this 19th day of May, 2011, that plaintiff's Motion for Leave to File Fourth Amended Complaint as to Attorney Defendants Only is GRANTED; and

    IT IS FURTHER ORDERED that plaintiff shall file and serve the Fourth Amended Complaint attached to his motion by no later than May 27, 2011; and

    IT IS FURTHER ORDERED that responses to plaintiff's Fourth Amended Complaint shall be filed by June 30, 2011; and

IT IS FURTHER ORDERED that this Order is entered without prejudice to the defendants' right to assert all applicable defenses to plaintiff's Fourth Amended Complaint.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge