IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DANIEL DONNELLY,<br><br>          Plaintiff,<br><br>     v.<br><br>DANIEL GUERRIERO, et al.,<br><br>          Defendants. | Civil No. 10-3240 (RMB/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the status conference on May 18, 2011;

IT IS this **19th** day of **May, 2011** hereby **ORDERED**:

1. By **May 20, 2011,** plaintiff shall serve defendants with a written settlement demand.

2. The Court will conduct a telephone conference with participating defense counsel on **June 13, 2011 at 9:30 a.m.**, to only address settlement issues.  **Mr. Marshall shall initiate the telephone conference.**

3. The Court will conduct an in-person settlement conference on **June 29, 2011 at 2:00 p.m.**.  **All counsel shall attend the settlement conference and shall make arrangements for their authorized settlement representatives to be available by telephone.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** Fed. R. Civ. P. 16(f).

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge